# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **TERRIE HOLSCHER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MATTHEW J. DEURMEIER, FBI AGENT, IN HIS INDIVIDUAL CAPACITY JOINTLY AND SEVERALLY, et al.**<br><br>**Defendants.** | CV 20–67–BU–BMM<br><br>ORDER |

    The federal defendants move to file under seal an exhibit to the declaration of FBI Special Agent and Defendant Matthew J. Deurmeier. (Doc. 42.) The federal defendants indicate that Special Agent Deurmeier's declaration will be filed in support of their forthcoming Motion to Dismiss or, alternatively, for Summary Judgment. The exhibit the federal defendants ask to file under seal consists of the search warrant, Special Agent Deurmeier's search warrant application, and related documents for the search and seizure at issue in this case.

Good cause having been shown, IT IS ORDERED that the federal defendants' Motion for Leave to File Exhibit under Seal (Doc. 42) is GRANTED. The federal defendants may file the lodged exhibit under seal and all parties are directed to treat the document as sealed and not publicly disclose the exhibit or utilize it for purposes other than this case. The clerk is directed to file the lodged exhibit under seal.

DATED this 12th day of April, 2021.

_____
Brian Morris, Chief District Judge
United States District Court