# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| TERRIE HOLSCHER,<br><br>               Plaintiff,<br><br>vs.<br><br>MATTHEW J. DEURMEIER, FBI AGENT, IN HIS INDIVIDUAL CAPACITY JOINTLY AND SEVERALLY, et al.,<br><br>               Defendant. | Case No. CV-20-67-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED: Defendants' Motions to Dismiss (Doc. 78, 16, 14, 34, 36) are GRANTED. All other motions (51, 59, 64, 65, 69, 73, 75) are DENIED as moot.

      Dated this 1st day of July, 2021.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ M. Stewart
                                    M. Stewart, Deputy Clerk