# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| TERRIE HOLSCHER,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW J. DEURMEIER, FBI AGENT, IN HIS INDIVIDUAL CAPACITY JOINTLY AND SEVERALLY, et al.,<br><br>    Defendants. | **CV-20-67-GF-BMM**<br><br>**ORDER** |

Plaintiff Terrie Holscher ("Plaintiff") brought this action against Robert Harris, Kenneth Hess, Sean Maguire, FBI Special Agents Matthew Deurmeier and Jonathan Tjernagel, Director of the FBI Christopher Wray, and then, U.S. Attorney General William Barr (collectively, "Defendants") based on claims arising from a storage unit inspection by the FBI and authorizing search warrant. (Doc. 1; Doc. 53 at 7). Plaintiff has filed a Rule 60(b) motion to amend the Court's judgment granting motions to dismiss in favor of Defendants (Doc. 87). (Doc. 94.) The Court lacks jurisdiction to consider Plaintiff's motion because the motion was filed after the notice of appeal was filed. *Katzir's Floor and Home Design, Inc. v. M-MLS.com*,

394 F.3d 1143, 1148 (9th Cir. 2004).

Accordingly, **IT IS ORDERED** that Plaintiffs' Motion to Amend/Correct Judgment (Doc. 94) is **DENIED**.

DATED this 13th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court